IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) MARCO ALEJANDRO REID-VARGAS<br>2) MARCOS RENASCO-PADILLA<br>3) JOSUE CHAVARRIA-GARITA<br>Defendants | CRIMINAL 14-0747CCC |

**ORDER**

Having considered the Motion to Dismiss Indictment for Lack of Jurisdiction filed by defendant [1] Marco Alejandro Reid-Vargas (D.E. 22) and joined by defendant [2] Marcos Renasco-Padilla (**D.E. 29**), the Government's Motion in Response in Opposition (D.E. 23), defendant Reid-Vargas' Reply to Government's Motion in Response (D.E. 28), the Report and Recommendation issued by U.S. Magistrate-Judge Bruce J. McGiverin (**D.E. 33**) and the Objections to the Report and Recommendation filed by defendant Reid-Vargas (D.E. 34), as well as the applicable law and relevant case law, said Report and Recommendation is APPROVED and ADOPTED and the Motion to Dismiss Indictment for Lack of Jurisdiction (**D.E. 22**) is DENIED.

The parties shall conclude plea negotiations by **SEPTEMBER 4, 2015**. All motions for change of plea must be filed by noon **SEPTEMBER 21, 2015**.

The jury trial is RESET, within speedy trial constraints, for **NOVEMBER 4, 2015** at **2:00 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on August 10, 2015.

S/CARMEN CONSUELO CEREZO
United States District Judge