# GUSTAVO L. TIRADO
US COAST GUARD MARITIME ENFORCER SENIOR CHIEF

---

## EMPLOYMENT

July. 2013 – present   USCG Tactical Law Enforcement Team South
*Training Department Chief*
- Ensure unit law enforcement training is conducted in accordance with established policy & procedures.
- Certified Ion-Scan 0perator and instructor
- Unit Ion-Scan program manager
- Provide testimony in a court of law

August 2011 – July 2013   USCG Maritime Law Enforcement Academy
*Boarding Officer Assistant School Chief*

June 2006 – July 2011   USCG District Seven TACLET
*Tactical Operator, Boarding Officer, Deployable  Team Leader*

## EDUCATION

US Coast Guard Senior Enlisted Leadership School
USCG Chief Petty Officer Academy
University of the Sacred Heart

## SPECIALIZED TRAINING

Ion Scan Instructor
Ion Scan Operator
Deployable Team Leader
Boarding Officer

I have been a member of the US Coast Guard for 24 years. I was first introduced to the Ion-scan 400B in 1999 during my first tour at TACLET South. Shortly thereafter, I qualified as an operator and have been working with the machine ever since. During the past 16 years, I have conducted thousands upon thousands of samples both on the field and in classroom settings. I qualified as an Instructor in 2006. This is a more in-depth course which explains in detail the science behind the machine's technology. Since obtaining that qualification, I have trained hundreds of Coast Guard operators on the proper operation procedure and sample taking with the Ion Scan 400B.