# Statement of Officer Luis Rosado concerning the boarding of the TWON Go Fast (G/F) vessel on October 30, 2015.

While on routine patrol in the Western Caribbean, at approximately 2:06p.m. local on 29 October 2015, a Marine Patrol Aircraft (MPA) reported a profile go-fast (G/F) with a Costa Rican flag painted on the bow in approximate position 12°09N 080°16W on course 237 true traveling at 25 knots 35NM (Nautical Miles) away from RFA LYME BAY'S (LMB) position.

I, Officer Rosado, was briefed on the situation. Immediately following, I assembled the Boarding Team (BT) which consisted of: myself as the Boarding Officer (BO) and linguist, Officer Brennen Coles as the Assistant Boarding Officer (ABO), and Officer Kelley Burkett as the Boarding Team Member (BTM).

I briefed the BT and did all necessary gear checks. Once the BT got permission to embark on LMB's small boat, I was informed that we received a Statement of No Objection (SNO) to conduct a Right of Visit (ROV) boarding to determine the nationality of the G/F. On our approach, we came across debris that appeared to be jettisoned from the G/F. As the small boat approached the G/F, I instructed the 03 crew members on board to muster on the bow. The ABO and I were then able to safely embark and gain positive control of the G/F. I immediately tasked the ABO to conduct a Basic Initial Safety Sweep (BISS) to ensure the safety and seaworthiness of the G/F. I requested that Officer Burkett, who was still on the small boat, to investigate the debris field. I proceeded with the G/F business rules to identify the master of the vessel. Jose David Reyes Valdivia claimed to be the master and that there was no nationality for the vessel, and later tried to change the claim to Costa Rica. I informed the Deployable Team Leader (DTL), Officer Leonard, of the claim as well as the crew information. Officer Burkett informed me that the debris field consisted of Styrofoam and full fuel barrels. Soon after, Officer Burkett embarked the G/F to assist with crew security. I was later notified by the DTL that the

**Statement of Officer Luis Rosado concerning the boarding of the TWON Go Fast (G/F) vessel on October 30, 2015.**

boarding team was going to swap with a security team due to the wait for the SNO. I tasked the ABO to conduct a frisk on each crew member to ensure the safety of the security team.

Early in the morning of October 30th, 2015 I was informed by the DTL that we received permission to conduct a boarding of the vessel. The Boarding Team consisted of myself and Officer Coles. After proper gear checks, we embarked the small boat and transited to the G/F. Officer Coles and I embarked the G/F and immediately conducted a BISS to ensure continued safety. We instantly noticed that the vessel was listing heavily to the port side, and inspected the G/F for any flooding. We determined the cause was due to the shifting of the fuel barrels. The ABO and I were unable to move the barrels as a result of the heavy weight and slickness of the deck, but determined that it was safe to carry out the boarding. I tasked the ABO to conduct ION Scan swipes and an At Sea Space Accountability (ASSA) drawing of the vessel while I provided the measurements for the drawing. Before transferring the ION swipes, One of the crew members, Jeffry Gerardo Davila Reyes, stated in Spanish "You already caught me, if you wanna put me in chains, just do it, get me outta here." I then translated what Jeffry said to the ABO and tasked the ABO to write it down on a piece of paper, so we can transfer it back to Mother with the ION swipes. The DTL later informed me that the ION Scan swipe resulted in high positive hits for cocaine. Once we had approximately 90% ASSA, I determined that there were some unaccounted for compartments, so I requested permission from the DTL to conduct minimally intrusive searches into the compartments. Later, I was notified by the DTL that we were granted permission to conduct minimally intrusive searches into the unaccounted for compartments. Once we conducted the minimally intrusive searches, we were able to account for the compartments and reached 100% ASSA. After a while, the DTL informed me that we had permission for disposition, and I should escort the crew to LMB for detainee processing. The

**Statement of Officer Luis Rosado concerning the boarding of the TWON Go Fast (G/F) vessel on October 30, 2015.**

ABO and I conducted a frisk on the three crew members prior to transfer to the small boat. Then I escorted the G/F crew back to LMB.

This Statement is true to the best of my knowledge.

*[signature]*

Luis Rosado, ME3, USCG

October 31st, 2015