**United States Department of State**

*Washington, D.C. 20520*

February 25, 2016

# CERTIFICATION FOR THE MARITIME DRUG LAW ENFORCEMENT ACT CASE INVOLVING GO FAST VESSEL (WITHOUT NATIONALITY)

I, Commander Gregory M. Tozzi, USCG, declare as follows:

1. That I have been assigned as the Coast Guard Liaison Officer to the Bureau of International Narcotics and Law Enforcement Affairs, U.S. Department of State, since August 1, 2014.

2. That in my official capacity, I have been designated by the Secretary of State, through the Assistant Secretary of State for International Narcotics and Law Enforcement Affairs, to make certifications under 46 U.S.C. §§ 70502(c)(2) & (d)(2) and 18 U.S.C. § 2237(d).

3. That I make the following statements based upon my personal knowledge and upon information furnished to me in the course of my official duties.

4. I certify the following:

   a. On October 29, 2015, United States law enforcement personnel detected a go fast vessel approximately 30 nautical miles southeast of San Andreas Island, Colombia and seaward of the territorial sea of any State. United States law enforcement personnel suspected the vessel of illicit drug trafficking because the vessel was observed jettisoning packages of suspected contraband overboard and the vessel was operating in a known drug trafficking area. The master made a claim of Costa Rican nationality for the go fast vessel. No registration documents were provided to or located by United States law enforcement personnel at that time.

   b. On October 29, 2015, pursuant to Article V of the Agreement between the Government of the United States of America and the Government of the Republic of Costa Rica Concerning Cooperation to Suppress Illicit Traffic, United States law enforcement personnel boarded the vessel. The Government of the United States of America requested that the Government of the Republic of Costa Rica confirm the registry or nationality of the suspect vessel, and if confirmed, provide disposition instructions.

   c. On January 22, 2016, the Government of the Republic of Costa Rica replied that it could not confirm vessel's registry.



# United States of America

## DEPARTMENT OF STATE



### *To all to whom these presents shall come, Greetings:*

I Certify That Gregory M. Tozzi, whose name is subscribed to the document hereunto annexed, was at the time of subscribing the same Commander, U.S. Coast Guard, Maritime Law Enforcement Officer, Bureau of International Narcotics and Law Enforcement Affairs, Department of State, United States of America, and that full faith and credit are due to his acts as such.

*This certificate is not valid if it is removed or altered in any way whatsoever*



In testimony whereof, I, John F. Kerry, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this twenty-fifth day of February, 2016.

John F. Kerry
Secretary of State

By _____
Assistant Authentication Officer,
Department of State

16021886-8

Issued pursuant to CHXIV of
Sept 15, 1789, 1 Stat. 68-69
USC: 22USC 2651a;
30 USC 1733 et. seq.;
FRULE 44 Federal R.
Civil Procedure.

d. Accordingly, the Government of the United States determined the vessel was without nationality in accordance with 46 U.S.C. § 70502(d)(1)(C), rending the vessel subject to the jurisdiction of the United States, pursuant to 46 U.S.C. § 70502(c)(1)(A).

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 25, 2016.

Gregory M. Tozzi
Commander, U.S. Coast Guard
Maritime Law Enforcement Officer
U.S. Coast Guard Liaison Officer to the Bureau of
International Narcotics and Law Enforcement Affairs
U.S. Department of State