

Raymond Sanchez <sanchezlaw264@gmail.com>

---

## Jeffri Davila-Reyes, 05828-104 (1-B)

**Jorge L. Matos** <jlmatos@bop.gov>  Wed, Jun 8, 2016 at 12:31 PM
To: Raymond Sanchez <sanchezlaw264@gmail.com>

Good afternoon, attorney Sanchez, BOP records indicate he is no longer under BOP custody. He may have been removed out of the jurisdiction to one of the USMS contract facilities in the continental United States. You may want to check with the USMS as to the specific location of the inmate, as that information is no longer available for us here at the Legal Department. Please contact us with any other issues or concerns. Thanks.

Jorge L. Matos
Supervisory Attorney Advisor
MDC Guaynabo
787-775-7807
787-775-7817 (fax)