**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 15-721(FAB) |
| v. | ) |
| | ) |
| (3)JEFFRI DAVILA-REYES, | ) |
| | ) |
| Defendant, | ) |

**NOTICE OF APPEAL**

TO THE HONORABLE COURT
HON. FRANCISCO A BESOSA
US DISTRICT COURT JUDGE

COMES NOW the Mr. JEFFRI DAVILA-REYES, represented by the undersigned, and before this Honorable Court states that notice is hereby given that JEFFRI DAVILA-REYES, appeals to the United States Court of Appeals for the First Circuit from a final judgment entered today August 2, 2014. (ECF# 96)

IN VIEW OF THE FOREGOING, WE REQUEST THAT THIS REQUEST BE NOTED.

Respectfully submitted,
IN SAN JUAN, PUERTO RICO, AUGUST 8, 2016.

            *S/RAYMOND L. SANCHEZ MACEIRA*
            RAYMOND L. SANCHEZ MACEIRA
            USDC: 211405
            361 DEL PARQUE STREET
            COND. MAGDALENA TOWER SUITE 203
            SANTURCE P.R 00912
            TEl 721-3370/ FAX 721-4706

CERTIFICATE OF SERVICE

I HEREBY CERTIFY: That on August 8, 2016, I electronically filed the foregoing with the clerk of the court using CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney in charge of the case.

In SAN JUAN, P.R. August 8, 2016.

*S/RAYMOND L. SANCHEZ MACEIRA*
RAYMOND L. SANCHEZ MACEIRA, ESQ.
USDC NO. 211405
COUNSEL FOR DEFENDANT
361 DEL PARQUE
MAGDALENA TOWER SUITE 203
SANTURCE P.R. 00912