**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| PLAINTIFF, | ) |
| v. | ) Case No.: 15-721(FAB) |
| (3) JEFFRI DAVILA-REYES | ) |
| DEFENDANT, | ) |

**MOTION REQUESTING ORDER FOR IMMEDIATE RELEASE AND DISMISSAL OF CHARGES**

TO THE HONORABLE COURT
HON. FRANCISCO A BESOSA
US DISTRICT COURT JUDGE

    COMES NOW (3) JEFFRI DAVILA-REYES and through the undersigned attorney, very respectfully State and Prays:

1. The first Circuit has vacated Mr. Davila's conviction and ordered the district court to dismiss the Maritime Drug Law Enforcement Act charges. (ECF# 136)

2. The indictment only charged violations, to the the Maritime Drug Law Enforcement Act charges. (ECF# 10)

3. Mr. Dávila has been detained since November 09, 2015.

4. Mr. Davila, Reg No. 05828-104, is detained at FCI Hazelton, 1640 Sky View Drive, Bruceton Mills, WV 26525.

    WHEREFORE, it is respectfully requested that the Honorable Court to acknowledge the present motion and order the immediate release from the Federal Bureau of Prisons[1] of Mr. Davila and the dismissal of all charges in the Indictment.

RESPECTFULLY SUBMITTED.

---

[1] Mr. Davila has a pending detainer from Immigration and Customs Enforcement, and he will be immediately place in removal proceedings.

IN SAN JUAN, PUERTO RICO, JANUARY 21, 2022.

```
                    S/RAYMOND L. SANCHEZ MACEIRA
                      RAYMOND L. SANCHEZ MACEIRA
                      USDC: 211405
                      PO BOX 191972
                      SAN JUAN, PR 00919
                      TEl 721-3370/ FAX 721-4706
```

CERTIFICATE OF SERVICE

I HEREBY CERTIFY: That on January 21, 2022, I electronically filed the foregoing with the clerk of the court using CM/ECF system which will send notification of such filing to the following: The Assistant United States Attorney in charge of the case.

In SAN JUAN, P.R. January 21, 2022.

```
              S/RAYMOND L. SANCHEZ MACEIRA
                    USDC NO. 211405
                  COUNSEL FOR DEFENDANT
                    PO BOX 191972
                    SAN JUAN, PR 00919
```